# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JAMES ERNEST CHAMBERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner (s), | ) | 1:13-cv-00266-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| Respondent (s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2013 Order.

October 10, 2013

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court